UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**In Re Emily Blanche Massey**         *

                                                  *   CASE NO.: AMD003456

                                                  *

****************
**NOTICE OF DISMISSAL**

Emily Blanche Massey, Plaintiff, hereby requests that this Honorable Court dismiss the above-referenced suit.

Respectfully submitted,

_____
Laura C. Walters, Esquire
*Drechsler, Larkin & Walters, P.C.*
FEDERAL BAR # 09890
201 North Charles Street - Suite 900
Baltimore, Maryland 21201
Phone Number (410) 962-1000
Fax Number (410) 962-1007
Attorney for Emily Blanche Massey

APPROVED
[signature]
1/12/2001